

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

**GEORGE P. KAZEN**
U.S. DISTRICT JUDGE

P.O. BOX 1060
LAREDO, TEXAS 78042
(956) 726-2237

June 6, 2007

RECEIVED 2007 JUN 18 A 10: 21 FINANCIAL DISCLOSURE OFFICE

Honorable Ortrie D. Smith, Chair
Judicial Conference Committee on
 Financial Disclosure
One Columbus Circle, N.E.
Washington, D. C.   20544

Re:     Calendar Year 2006 Filing

Dear Judge Smith:

    With respect to the first observation in your letter of May 29, 2007, I perhaps am confused. You refer to Part VII, Page 5, Line 23, Column A, and you observe that the (X) should be used when an asset was owned during a previous reporting period but was exempt from disclosure. I intended to use the (X) for precisely that reason. This is a bank account which previously was not listed because it did not meet the value requirement, but did meet the requirement in 2006. I concede that the (X) should more properly have been placed after rather than before the word "Account," but otherwise I thought I was following the rules.

    My reply to your second observation is more complicated. My ███ and her ███ inherited what I have regularly listed as a ranch in Shackelford County, Texas. She subsequently sold most of the surface but retained the mineral interests. As I understand it, "Royalty Interest-Parcel 5" was a mineral lease signed solely by one of the ███ sometime ago. During calendar year 2006, it was determined that the other ███ were entitled to a share of the royalties. Thus, my ███ did not actually purchase this interest.

In a sense. it was an indirect inheritance although I am uncertain as to the precise time of the ████████signing of the lease. My impression is that it occurred after the death of ████████but before the death of the ████ I have described the asset as per the instructions but if your Committee wishes for me to disclosure the name and address of the current mineral lessee, I am prepared to do so.

Sincerely yours,



George

GPK/gs

**FOR CALENDAR YEAR 2006**

*(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kazen, George P | U.S.D.C., Southern Dist. Texas | 04/30/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge--Active | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P. O. Box 1060<br>Laredo, Texas 78042 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Lifetime Director | Boys & Girls' Clubs of Laredo |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
07 MAY -7 A 10: 25
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Kazen, George P | 04/30/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]   NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Federal Bar Association, Tampa Bay Chapter | Airfare, three nights hotel, some meals, Sentencing Guidelines Seminar, May 31-June 2, Miami Beach, Florida |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kazen, George P | 04/30/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Laredo Country Club | Honorary Membership (No dues but pay for any services) | $ 1,800.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Royalty Interest Webb County, Texas | | None | J | W | | | | | |
| 2. Hilltop Farms, Ltd. (1.8%) Webb County, Texas | D | Distribution | L | U | | | | | |
| 3. Royalty Interest-Parcel 1, Shackelford County, Texas | B | Royalty | J | W | | | | | |
| 4. Royalty Interest-Parcel 2, Shackelford County, Texas | A | Royalty | J | W | | | | | |
| 5. Undivided 1/3 Interest, Ranch, Shackelford County, Texas | | None | M | W | | | | | |
| 6. MFS Mutual Funds-IRA | | None | K | T | | | | | |
| 7. MFS Emerging Growth A | | | | | | | | | |
| 8. MFS Emerging Growth B | | | | | | | | | |
| 9. MFS Sector Fund A | | | | | | | | | |
| 10. Centennial Money Market Fund Account | A | Interest | J | T | | | | | |
| 11. Nationwide Health Properties Stock (Stock) (IRA) | A | Dividend | J | T | | | | | |
| 12. ING Annuity | A | Interest | M | T | Buy | 5/2 | L | | Resource Horizons Group |
| 13. Royalty Interest-Parcel 3 Shackelford County, Texas | B | Royalty | J | W | | | | | |
| 14. Real Estate, Bowie County, Texas | | None | O | W | | | | | |
| 15. Royalty Interest, Dickens County, Texas | C | Royalty | J | W | | | | | |
| 16. Coin Collection | | None | J | W | | | | | |
| 17. Duke Energy Corp. New (stock) (IRA) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,000 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kazen, George P | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Teppco Partners, L.P. (Stock) (IRA) | A | Dividend | J | T | | | | | |
| 19. Texas Community Bank Accounts | D | Interest | N | T | | | | | |
| 20. USAA Federal Savings Bank Account | A | Interest | K | T | | | | | |
| 21. Royalty Interest--Parcel 4-- Shackelford County, Texas | D | Royalty | K | W | | | | | |
| 22. American Balanced Fund-A | B | Dividend | M | T | | | | | |
| 23. Laredo National Bank (X) Account | | None | J | T | | | | | |
| 24. Royalty interest--Parcel 5--Shackelford County, Texas | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Paragraph VII, Line 17: During 2006, Cinergy was bought by Duke Energy Corporation New

| Name of Person Reporting | Date of Report |
|---|---|
| Kazen, George P | 04/30/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Date 4/30/07

NOTE: A▮▮▮▮▮▮▮▮▮▮▮▮▮▮IES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § ▮▮▮▮▮▮▮

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544